AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
| v. | ) |
| KOLBY L. KRISTIANSEN, | ) Case No. 4:22 MJ 7160 SPM |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2022__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. 841(a)(1) | CT. 1- Possession with the Intent to Distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Colin Subick*
Complainant's signature

Colin Subick, Task Force Officer, DEA
Printed name and title

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 07/01/2022

Judge's signature

City and state: St. Louis, Missouri    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
Printed name and title