UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:22-MJ-07160-SPM |
| KOLBY L. KRISTIANSEN, | ) ) ) |
| Defendant. | ) |

## ORDER OF DETENTION

On July 5, 2022, this matter came before the undersigned for an Initial Appearance and Detention Hearing. At the Detention Hearing, Defendant stated his intention to waive his right to a Detention Hearing. Based on the record made in open court, I find that defendant's waiver of a detention hearing is knowing, intelligent and voluntary. I have considered the alleged conduct, the motion for pretrial detention filed by the Government, the proffered statements of counsel, and all of the factors required to be considered by 18 U.S.C. § 3142(g) and I find that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS FINALLY ORDERED** that the defendant be detained pending resolution of the complaint and that a Preliminary Hearing is set before the underisnged, on **July 19, 2022, at 10:00 AM** in Courtroom 13-South.

|  | _____ |
|---|---|
|  | SHIRLEY PADMORE MENSAH |
|  | UNITED STATES MAGISTRATE JUDGE |

Dated this 7th day of July, 2022.